AO 239 (Rev. 12/07) Application to Proceed in District Court Without Prepaying Fees or Costs

UNITED STATES DISTRICT COURT
for the
Northern District of California



FILED

FEB 2 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| THOMAS JOSEPH GODDARD | |
|---|---|
| Plaintiff(s) | |
| v. | Case No.: CV26.01040 AGT |
| AMAZON.COM, INC., ET AL., | |
| Defendant(s) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Affidavit in Support of Request)

I, **Thomas Joseph Goddard**, swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the fees, costs or security required by law to commence, prosecute or defend this action. I believe I am entitled to relief.

1. For both you and your spouse estimate the average amount of money received from all sources during the past 12 months.

| | You | Spouse |
|---|---|---|
| Employment | $0.00 | N/A |
| Self-employment | $0.00 | N/A |
| Unemployment compensation | $0.00 | N/A |
| Social Security | $0.00 | N/A |
| State Disability Insurance (SDI) | $0.00 | N/A |
| Supplemental Security Income (SSI) | $0.00 | N/A |
| Public assistance (welfare) | $0.00 | N/A |
| Pensions and annuities | $0.00 | N/A |
| Gifts or inheritances | $0.00 | N/A |
| Alimony | $0.00 | N/A |
| Child support | $0.00 | N/A |
| Rental income | $0.00 | N/A |
| Interest and dividends | $0.00 | N/A |
| Any other sources | $0.00 | N/A |
| Total amount during the past 12 months | $0.00 | N/A |

Note: State Disability Insurance (SDI) benefits exhausted in July 2025. I have received **zero income** since that date.

2. State the number of dependents: 0                                       Relationship: N/A

3. If the money you receive from all sources is not enough to pay your household expenses, how do you pay them?

I am unable to pay my household expenses. My State Disability Insurance benefits were completely exhausted in July 2025. I currently have **zero income**. I am receiving CalFresh ($298/month) and Medi-Cal public benefits, which establish automatic eligibility for fee waiver under California Government Code section 68632(a). My monthly essential expenses of approximately $7,350 (including rent of $3,240) cannot be met. I am facing an unlawful detainer action (Case No. MS25-0977) due to inability to pay rent resulting from discriminatory termination while hospitalized on July 15, 2024, and subsequent exhaustion of SDI benefits. Credit card debt of approximately $19,000 has accumulated for survival necessities.

**4. Have you spent, lost, or given away any money or property worth $200 or more during the past 12 months?**
× Yes ☐ No
If yes, describe each such transaction:
Forfeiture of 86,222 Profit Interest Units (PIUs) valued at approximately $2,500,000 through retaliatory termination from Slickdeals on July 15, 2024 while involuntarily hospitalized under a psychiatric hold. Loss of $1,050,000 Apple employment opportunity through discriminatory offer rescission on November 9, 2023. Vehicle stolen in March 2024. Vehicle repossessed by Chase Auto on August 18, 2025 despite pending ADA accommodation requests. These losses were involuntary and resulted directly from the discriminatory conduct alleged in related civil rights litigation.

**5. List the property that you own, including money in checking and savings accounts.**

| Description of property | Value |
|---|---|
| Cash | $0.00 |
| Checking account | $0.00 |
| Savings account | $0.00 |
| Other financial accounts | $0.00 |
| Automobile | $0.00 (repossessed) |
| Real estate | $0.00 |
| Stock and bonds | $0.00 |
| Business assets: Domain portfolio (Neutrinos Platforms, Inc.) | $0 (illiquid) |
| Other personal property worth more than $200 | $0.00 |

**6. List your employment history for the past two years.**

| Employer | Dates of employment | Name and address of employer |
|---|---|---|
| Slickdeals, LLC<br>Lead Staff Mobile Engineer | August 28, 2023 - July 15, 2024 (Retaliatory Termination while hospitalized) | Slickdeals, LLC<br>6010 S. Durango Dr., Suite 100<br>Las Vegas, NV 89113 |
| Current Status:<br>Disabled/Unemployed | July 16, 2024 - Present | Unable to secure employment due to documented disabilities and industry blacklisting |

**7. List your spouse's employment history for the past two years.**
N/A - No spouse

**8. How much money do you expect to receive in the next 12 months?**

| | You | Spouse |
|---|---|---|
| Estimated income from all sources | $0.00 | N/A |

I have a pending Long-Term Disability claim with Guardian Life Insurance (Claim #152845) which has been wrongfully denied. If approved, this would provide income, but the denial is the subject of separate federal litigation (Goddard v. Guardian Life Insurance Company of America). Until that claim is resolved, I expect zero income.

**PUBLIC BENEFITS ESTABLISHING AUTOMATIC ELIGIBILITY:**
I am currently enrolled in and receiving benefits under:

Warby Parker unlawfully terminated my employment and refused severance payments due under California law. This litigation seeks recovery of unpaid wages, damages for discrimination and retaliation, and attorneys' fees. Until that claim is resolved through this lawsuit, I expect zero income.

**PUBLIC BENEFITS ESTABLISHING AUTOMATIC ELIGIBILITY:**

I am currently enrolled in and receiving benefits under:

- **Medi-Cal** (California's Medicaid program) - Active enrollment confirmed by Contra Costa County Notice of Action dated December 16, 2025
- **CalFresh** (SNAP/Food Stamps) - $298/month confirmed by Contra Costa County Verification of Benefits dated December 6, 2025

Receipt of these public benefits establishes **automatic eligibility** for fee waiver under 28 U.S.C. § 1915 and the standards applied by federal courts.

**SUPPORTING EXHIBITS:**

The following exhibits are incorporated by reference from the Declaration in Support of Fee Waiver Application (fee-waiver-hearing-declaration-january-2026.tex):

- **Exhibit A**: Medi-Cal Notice of Action—Approval (December 16, 2025) — establishes automatic eligibility under Gov. Code § 68632(a)(1)(F)
- **Exhibit B**: CalFresh Verification of Benefits (December 6, 2025) — establishes automatic eligibility under Gov. Code § 68632(a)(1)(C)
- **Exhibit C**: Chase Bank Statements (November 2025–January 2026) — confirms zero income
- **Exhibit D**: NOMA Apartments Lease Agreement — rental obligation of $3,240/month
- **Exhibit E**: Bills and Financial Obligations — Warby Parker wrongful termination claim, medical bills, housing notices
- **Exhibit F**: Order on Court Fee Waiver (FW-003), Case No. C25-02263 — fee waiver granted August 15, 2025
- **Exhibit G**: Federal IFP Order, Case No. 3:25-cv-02910-CRB — IFP granted September 10, 2025

**PRIOR FEE WAIVERS GRANTED:**

Fee waivers and in forma pauperis status have been granted in multiple courts based on identical or worse financial circumstances:

- **Goddard v. County of Contra Costa, et al.**, Case No. 3:25-cv-02910-CRB (N.D. Cal.) - IFP granted September 10, 2025 by Judge Charles R. Breyer
- **Goddard v. Contra Costa County**, Case No. C25-02263 (Contra Costa Superior Court) - Fee waiver granted August 15, 2025

**ADA ACCOMMODATION NOTICE:** This application has been prepared using assistive technology in accordance with ADA accommodations for documented disabilities including idiopathic vocal cord paralysis requiring prosthetic implant, cervical disk herniation with radiculopathy, essential tremor, asplenia creating immunocompromised status, and cognitive processing limitations. These disabilities are the basis of the Warby Parker ADA reasonable accommodation request that was unlawfully denied.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

By:    /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se