THOMAS J. GODDARD
thomas@lawz.app
1910 N. Main St., Suite 627
Walnut Creek, CA 94596
Telephone: (415) 985-5539
Plaintiff, pro se
Pepperdine University
Administrative Law & Litigation + International Law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

     Plaintiff,

       v.

AMAZON.COM, INC., ET AL.,

     Defendants.

Case No. 3:26-cv-01040-AGT

**NOTICE OF FILING EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT**

(11 Exhibits)

## NOTICE OF FILING EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT

    TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Thomas Joseph Goddard hereby files the following Exhibits (lettered A through K) in support of his First Amended Complaint for Damages and Injunctive Relief filed in the above-captioned action. These exhibits are authenticated by the Declaration of Thomas Joseph Goddard, filed concurrently



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

herewith.[1]

The exhibits consist of documentary evidence supporting Plaintiff's claims of algorithmic discrimination, AWS account suspension and asset seizure, systematic billing fraud, ADA violations, and coordinated discriminatory conduct by Defendant Amazon.com, Inc. and its subsidiaries including Amazon Web Services.[2]

Dated: February 17, 2026

By: /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

---

[1] These exhibits are filed pursuant to Federal Rule of Civil Procedure 10(c), which provides that "[a] copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes." The exhibits are incorporated by reference into the First Amended Complaint and support the factual allegations and legal claims asserted therein.

[2] All exhibits are produced in their original format or as true and correct copies. Electronic documents are produced with preserved metadata where available. Screenshots are produced as captured on Plaintiff's encrypted APFS volume with FileVault enabled. *See Lorraine v. Markel Am. Ins. Co.*, 241 F.R.D. 534, 546–47 (D. Md. 2007) (establishing framework for authenticating electronically stored information).

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

# DECLARATION OF THOMAS JOSEPH GODDARD
# IN SUPPORT OF EXHIBITS TO
# FIRST AMENDED COMPLAINT

I, Thomas Joseph Goddard, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.[3]

2. I am an individual with multiple documented disabilities as defined under the Americans with Disabilities Act, 42 U.S.C. §§ 12101–12213, including essential tremor, cervical radiculopathy, asplenia (immunocompromised), PTSD, and vocal cord paralysis affecting communication. I am Jewish and the grandson of Holocaust survivors.

3. I submit this declaration to authenticate and identify the exhibits filed in support of my First Amended Complaint against Defendant Amazon.com, Inc. and its subsidiaries.

4. Attached hereto as Exhibits A through K are true and correct copies of documents that I have personally obtained, received, generated, or maintained in the ordinary course of my interactions with Defendant and its agents. Each exhibit is described in the Index of Exhibits that follows this declaration.[4]

5. **AWS Account Suspension and Billing Documents (Exhibits A–D, J):** These exhibits consist of AWS account suspension notices, authentication failure pages, and billing invoices generated by Amazon's automated systems. The original documents were accessed through Plaintiff's authenticated AWS console session or received via email at Plaintiff's iCloud account. No modifications have been made to any document.[5]

---

[3] 28 U.S.C. § 1746 provides that unsworn declarations made under penalty of perjury may be used in lieu of affidavits in federal proceedings. This declaration satisfies the requirements of the statute and Federal Rule of Civil Procedure 56(c)(4).

[4] Authentication of exhibits is governed by Federal Rules of Evidence 901 and 902. Documents are authenticated through testimony of a witness with knowledge (FRE 901(b)(1)), distinctive characteristics (FRE 901(b)(4)), system-generated records (FRE 901(b)(9)), and self-authentication of business records (FRE 902(11)) and certified electronic records (FRE 902(14)). *See Lorraine v. Markel Am. Ins. Co.*, 241 F.R.D. 534 (D. Md. 2007).

[5] AWS account and billing records are authenticated as business records under FRE 803(6) (records of regularly conducted business

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

6. **AWS Support Chat Correspondence (Exhibits E, F):** These exhibits consist of chat transcripts from AWS Support cases documenting Plaintiff's ADA accommodation requests and Amazon's refusal to provide accommodation. The transcripts were captured directly from the AWS Support portal during authenticated sessions.[6]

7. **Account Deletion and Service Correspondence (Exhibits G, H):** These exhibits consist of account deletion correspondence and customer service emails documenting Amazon's CCPA violations and discriminatory service patterns. Original emails are preserved in Plaintiff's Apple Mail library on encrypted APFS volume with FileVault enabled.

8. **Formal Legal Correspondence (Exhibit I):** This exhibit consists of Plaintiff's demand letter dated January 29, 2026, to Amazon.com, Inc. demanding immediate restoration of AWS account access, preservation of $50M+ in business assets, cessation of extortion threats, and compliance with federal civil rights laws. I retain a copy on my encrypted APFS volume.

9. **Account Closure Documentation (Exhibits J, K):** These exhibits consist of the 15-day account closure reminder notice and supporting documentation of Amazon's account closure process, including screenshots, correspondence, and records of Plaintiff's attempts to preserve account access and recover business assets prior to permanent deletion.

10. All exhibits have been preserved pursuant to FRCP 26(a)(1)(A)(ii) and FRCP 37(e). Original documents, emails, and screenshots with complete metadata are available for forensic inspection upon request. All electronic files are stored on my encrypted APFS volume with FileVault enabled.

11. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

---

activity) and FRE 902(11) (certified domestic records of regularly conducted activity). System-generated notices are authenticated under FRE 901(b)(9).

[6] Chat transcripts are authenticated under FRE 901(b)(4) (distinctive characteristics—AWS Support interface, case numbers, agent identifiers) and FRE 901(b)(9) (system-generated automated records). *See Lorraine*, 241 F.R.D. at 554–55.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1    Dated: February 17, 2026

2                                    By:  /s/Thomas Joseph Goddard

3                                         THOMAS JOSEPH GODDARD
                                          Plaintiff, Pro Se

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

EXHIBITS TO FIRST AMENDED COMPLAINT | GODDARD v. AMAZON

1

# INDEX OF EXHIBITS

2

3

4

| Exhibit | Description |
|---------|-------------|
| A | AWS Account Suspension Notice (January 14, 2026) |
| B | AWS Authentication Failure — Account Suspended |
| C | AWS Invoice — September 2025 (Invoice #2305296401) |
| D | AWS Invoice — October 2025 (Invoice #2331051877) |
| E | AWS Support Chat Correspondence (Case #176153025600461) |
| F | Additional AWS Support Correspondence |
| G | Account Deletion Correspondence |
| H | Amazon Customer Service Correspondence (October 30, 2024) |
| I | Demand Letter — Asset Preservation and Account Restoration |
| J | 15-Day Account Closure Reminder Notice |
| K | Amazon Account Closure Exhibits |

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

AWS Account Suspension Notice

---

Date: January 14, 2026

Account #184906152513

AWS account suspension notice notifying Plaintiff of permanent account closure in 30 days and permanent deletion of all data. Demonstrates Amazon's threats of permanent data destruction unless Plaintiff pays disputed charges (extortion).





Billing and Cost Management › Payments

# Payments

Contact us

⊘ Your account is suspended. To reactivate your account, see the email sent to your AWS account billing contacts. For further assistance, contact AWS Support.

## Summary of balances

**AWS Inc.**

Total outstanding balance
**$109.39** USD
⚠ Past due

Total available funds
**$0.00** USD

Payments due | Unapplied funds | Transactions | Advance Pay | Financing – *new*

### Payments due (1/2) Info

Download ▾ | Cancel payment | Complete payment

Filter due payments by text, property or value

🔍 Filter due payments

‹ 1 › ⚙

| Due date ▲ | Issued date ▾ | Invoice ID ▾ | Type ▾ | Status ▾ | Currency ▾ |
|---|---|---|---|---|---|
| September 1, 2025 | September 1, 2025 | 2305296401 ⬇ | Invoice | ⚠ Past due | USD |
| October 1, 2025 | October 1, 2025 | 2331051877 ⬇ | Invoice | ⚠ Past due | USD |

**Billing and Cost Management**
Billing View New

Home
Getting Started
Dashboards New
**Billing and Payments**
Bills
Payments
Credits
Purchase Orders
**Cost and Usage Analysis**
Cost Explorer
Cost Explorer Saved Reports
Cost Anomaly Detection
Free Tier
Data Exports
Customer Carbon Footprint Tool
**Cost Organization**
Cost Categories
Cost Allocation Tags
Billing Conductor
**Budgets and Planning**
Budgets New
Budgets Reports
Pricing Calculator New
**Savings and Commitments**

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8

# EXHIBIT B

9
10

AWS Authentication Failure - Account Suspended

11
12

_____

13
14

Account #184906152513

15
16

AWS authentication failure page showing account suspended due to claimed non-payment, with demand for payment to

17

reactivate. Demonstrates blocking of access to Plaintiff's business assets totaling $50M+.

18
19
20
21
22
23
24
25
26
27
28

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3

4

5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

6

7

8

9

10

| THOMAS JOSEPH GODDARD | Case No.: |
|---|---|
| Plaintiff, | |
| v. | |
| AMAZON.COM, INC.; AMAZON.COM SERVICES, LLC; AMAZON RETAIL, LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

11

12

**REQUEST FOR DISABILITY ACCOMMODATIONS**
**PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**
**AND SECTION 504 OF THE REHABILITATION ACT**

13

14

15

TO THE HONORABLE COURT:

Plaintiff Thomas Joseph Goddard respectfully requests disability accommodations pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. §12132, Section 504 of the Rehabilitation Act, 29 U.S.C. §794, Civil Local Rule 7-12 of the Northern District of California, General Order No. 56, and the Court's inherent authority to ensure meaningful access to judicial proceedings for disabled litigants.

16

## I. LEGAL FOUNDATION FOR ACCOMMODATION REQUEST

17

The Americans with Disabilities Act Title II requires that public entities, including federal courts, ensure that qualified individuals with disabilities are not excluded from participation in or denied the benefits of services, programs, or activities by reason of disability. 42 U.S.C. §12132. Federal courts have consistently recognized their obligation to provide reasonable accommodations to ensure meaningful access to judicial proceedings for disabled litigants.

18

19

The Judicial Conference of the United States has established comprehensive policies requiring federal courts to provide reasonable accommodations to ensure equal access to court proceedings. These accommodations are not merely courtesy provisions but constitute essential modifications necessary to comply with federal disability rights laws and constitutional due process requirements.

20

21

This accommodation request is particularly compelling given that this case involves federal civil rights violations including algorithmic discrimination, systematic consumer targeting, and denial of ADA accommodations by Defendants, creating a compelling federal interest in ensuring that the very disability discrimination being challenged does not prevent meaningful access to constitutional remedies through procedural barriers.

22

23

## II. DOCUMENTED DISABILITIES REQUIRING ACCOMMODATION

24

Plaintiff has multiple documented disabilities that substantially limit major life activities under ADA definitions as amended by the ADA Amendments Act of 2008, requiring comprehensive accommodations to ensure meaningful court access. Comprehensive medical documentation from UCSF Medical Center establishes each disability with corresponding ICD-10 diagnostic codes:

25

26

27

28

1

2

3

4

### A. Idiopathic Vocal Cord Paralysis with Prosthetic Implant (ICD-10: J38.01)

Complete left vocal cord paralysis requiring surgical prosthetic implant and wire into neck bone substantially limits major life activities of speaking and communicating, and affects neurological and musculoskeletal bodily functions. Specific manifestations include severe pain with speaking exceeding two to three minutes, difficulty breathing with exertion or extended vocalization, risk of vocal cord hemorrhage with prolonged speech, chronic hoarseness affecting communication clarity, and voice fatigue preventing sustained oral argument.

Medical documentation establishes that traditional oral advocacy requirements would cause physical harm and may result in permanent disability progression. Electronic preparation and submission of legal documents prevents exacerbation of vocal cord complications while ensuring comprehensive legal argument presentation. Per EEOC guidance, the prosthetic implant as a mitigating measure is not considered when determining disability status under 29 C.F.R. §1630.2(i)(1).

### B. Cervical Disk Herniation with Nerve Involvement (ICD-10: M50.12)

MRI documentation shows 2mm right paracentral protrusion at C5-C6 with thecal sac effacement causing nerve impingement, substantially limiting major life activities of lifting, standing, working, and turning head, affecting musculoskeletal and neurological bodily functions. Additional cervical spondylosis and arthritis cause severe pain levels reaching 10/10, resulting in debilitating headaches that prevent concentration, thinking, working, and performing manual tasks.

The severe pain substantially limits neurological and brain function, creating progressive nerve compression causing bilateral upper extremity symptoms with pain levels consistently 7-10/10 and acute exacerbations reaching 10/10. This condition requires accommodation for physical positioning limitations, extended processing time for fine motor tasks including document preparation, and assistive technology support for written communication when tremor episodes affect manual dexterity.

### C. Lumbar Disk Herniation with Foraminal Stenosis (ICD-10: M51.16)

MRI documentation reveals 3.5mm broad-based central protrusion at L5-S1 with annular fissuring substantially limiting bending, walking, and sitting, affecting musculoskeletal function. Lumbar spinal stenosis causes severe pain and mobility limitations, substantially limiting walking, standing, and maintaining posture for any extended period. This condition prevents standing for more than twenty minutes without severe pain requiring accommodation for courtroom positioning and hearing duration limitations.

### D. Essential Tremor, Stress-Induced (ICD-10: G25.0)

Episodic condition lasting 48-96 hours that substantially limits manual tasks, writing, and neurological function when active. Involuntary tremor affecting hands, arms, and head with episodes triggered by stressful events significantly impairs writing, typing, and fine motor tasks. The stress-induced nature creates particular accommodation needs during legal proceedings, as litigation stress can trigger extended tremor episodes preventing effective document preparation and court participation.

### E. Asplenia - Absent Spleen (ICD-10: Q89.01)

Substantially limits immune system function, a major bodily function specifically listed in 29 C.F.R. §1630.2(i), requiring prophylactic antibiotics and creating life-threatening vulnerability to infections. Severely immunocompromised status following surgical splenectomy creates life-threatening risk of overwhelming postsplenectomy infection (OPSI). This condition requires prophylactic antibiotics and strict infection precautions with CDC guidelines mandating avoidance of crowded public spaces during periods of increased infection risk.

Court appearances in crowded courtrooms present documented medical risks requiring accommodation through electronic participation options during periods of compromised immune status or community infection outbreaks.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**F. Post-Traumatic Stress Disorder and Bipolar Disorder**

Post-Traumatic Stress Disorder (ICD-10: F43.10) and Bipolar Disorder (ICD-10: F31.9) are episodic conditions that substantially limit brain function, thinking, concentrating, and interacting with others when active, qualifying under EEOC episodic impairment guidance. Recent exacerbation due to systematic employment discrimination and coordinated targeting has created severe cognitive processing limitations from chronic severe pain significantly impairing concentration, working memory, and information processing speed.

These conditions require extended processing time for complex legal concepts, written communication preferences for detailed legal arguments, and break allowances during extended proceedings to prevent cognitive overload affecting meaningful participation.

**G. Chronic Severe Pain Syndrome**

With documented pain levels reaching 10/10, causing complete inability to perform work functions, concentrate, or engage in basic life activities during flares. Medical records document that cervical arthritis and stenosis cause pain levels of 9-10/10, with severe headaches that completely prevent work activities, concentration, and normal functioning. The combination of spinal conditions creates a cascading effect where pain in one area triggers compensatory stress in other areas, resulting in comprehensive disability requiring accommodation.

## III. FEDERAL CIVIL RIGHTS CONTEXT

This accommodation request occurs within the context of a comprehensive federal civil rights lawsuit alleging algorithmic discrimination, systematic consumer targeting, ADA violations, and civil rights conspiracy under 42 U.S.C. §1981, 42 U.S.C. §1985, the Americans with Disabilities Act, and related federal statutes. The case involves documented systematic denial of ADA accommodations by Defendants, creating compelling federal interest in ensuring that disability discrimination does not prevent access to constitutional remedies.

The systematic targeting includes coordinated offshore routing patterns, AWS account suspension, address manipulation, and denial of consumer services based on disability status and protected characteristics, forming part of 636 documented discrimination events spanning 93 years with statistical significance exceeding Supreme Court standards established in Castaneda v. Partida.

The case demonstrates how disability discrimination intersects with other forms of systematic targeting, making meaningful court access essential for both individual relief and broader civil rights enforcement affecting disabled individuals experiencing coordinated discrimination across multiple life domains.

## IV. PRECEDENTIAL ACCOMMODATION AUTHORITY

This accommodation request builds upon comprehensive legal precedent recognizing federal courts' obligation to ensure meaningful access for disabled litigants. The Ninth Circuit has consistently held that failure to provide reasonable accommodations in judicial proceedings violates both ADA Title II and constitutional due process requirements.

Recent Northern District of California decisions have recognized that technology-based accommodations, including electronic filing and remote participation, represent reasonable modifications that enhance rather than burden judicial efficiency while ensuring constitutional access for disabled participants.

## V. REQUESTED ACCOMMODATIONS

Based on the documented disabilities and medical evidence, Plaintiff respectfully requests the following reasonable accommodations pursuant to 42 U.S.C. §12132 and Civil Local Rule 7-12:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## A. Electronic Document Preparation and Filing

Authorization to prepare and file all legal documents using assistive technology and electronic systems to accommodate vocal cord paralysis, cervical spine limitations, and essential tremor affecting manual document preparation. This accommodation includes permission to utilize speech-to-text software, document automation tools, and electronic signature systems necessary for effective legal document creation despite physical limitations.

Digital filing accommodation ensures compliance with ADA requirements while utilizing the Court's existing CM/ECF system for enhanced efficiency. The accommodation addresses vocal cord paralysis making dictation difficult and essential tremor affecting manual signature capability.

## B. Extended Response Time and Processing Allowances

Additional time allowances of 15-30 seconds during verbal exchanges in court proceedings due to cognitive processing limitations from chronic severe pain, essential tremor episodes affecting communication, and vocal cord limitations requiring careful speech pacing to prevent medical complications.

Extended deadlines for document preparation and responses when medical exacerbations affect cognitive processing speed, with recognition that pain levels reaching 10/10 completely prevent work activities requiring accommodation for unpredictable medical episodes.

## C. Written Communication Accommodation

Permission to refer to written notes during court proceedings and utilize written communication options when extended speaking would cause pain due to vocal cord paralysis. Authorization to present detailed legal arguments in written format rather than extended oral argument when vocal cord limitations make sustained speaking medically contraindicated.

This accommodation ensures comprehensive legal argument presentation while preventing physical harm from prolonged vocalization requirements and addresses cognitive processing limitations requiring written organization of complex legal concepts.

## D. Physical Positioning and Break Accommodations

Regular 5-minute breaks every 30 minutes during extended proceedings due to spinal conditions preventing prolonged sitting or standing. Permission to stand, stretch, or change position as needed during proceedings to prevent pain exacerbation affecting meaningful participation.

Ergonomic seating accommodations during court proceedings to address lumbar spine limitations and cervical disk herniation requiring position modifications for sustained participation.

## E. Assistive Technology Authorization

Permission to use digital tools including iPhone and AI assistive technology to accommodate essential tremor affecting manual tasks and cognitive processing limitations requiring organizational support. Access to hearing transcripts to ensure full understanding and participation when cognitive processing limitations affect real-time comprehension of complex legal proceedings.

## F. Remote Participation Options

Authorization to appear at hearings and conferences via video conference when asplenia creates immunocompromised status presenting health risks, when spinal conditions prevent travel, or when essential tremor episodes affect ability to appear in person safely.

Remote participation ensures meaningful court access while preventing medical complications that could result from required physical attendance during periods of medical vulnerability.

1
2
3
4
5
6
7

### G. Emergency Medical Flexibility

Accommodation for unpredictable medical episodes including authorization to reschedule proceedings when pain levels reach 10/10 preventing meaningful participation, when essential tremor episodes affect communication capability, or when immune system compromise creates health risks requiring medical isolation.

This accommodation recognizes the episodic nature of several disabilities requiring flexibility in scheduling to ensure consistent meaningful access despite unpredictable medical complications.

## VI. MEDICAL NECESSITY AND REASONABLENESS

The requested accommodations represent the minimum necessary modifications to ensure meaningful court access while preventing medical harm. Medical evidence from UCSF Medical Center, including letters from Dr. Maria Catalina Cuervo dated June 5, 2025 and June 26, 2025, establishes that denial of these accommodations would effectively deny court access due to medical inability to participate in traditional proceedings without significant health risk.

Each requested accommodation addresses specific disability-related barriers while maintaining the essential functions of judicial proceedings. The accommodations are consistent with ADA requirements, established federal court precedent, and judicial conference policies ensuring equal access to justice for disabled litigants.

The electronic document preparation and service accommodations eliminate physical barriers while providing enhanced efficiency for all parties through modern technology utilization consistent with the Court's existing CM/ECF system. Physical positioning and break accommodations address documented spinal conditions without disrupting court proceedings.

## VII. NO FUNDAMENTAL ALTERATION OF JUDICIAL PROCESS

The requested accommodations do not alter the fundamental nature of judicial proceedings but rather modify procedural methods to ensure equal access for disabled participants. Federal courts routinely utilize electronic filing systems, video conference technology, and flexible scheduling to accommodate various participant needs without compromising judicial integrity.

The accommodations align with existing federal court technologies and procedures, requiring minimal additional resources while providing essential accessibility for disabled litigants. The Northern District of California's advanced CM/ECF system and video conferencing capabilities demonstrate that the requested accommodations are readily available through existing court infrastructure.

## VIII. COMPELLING FEDERAL INTEREST

This case involves compelling federal interests in protecting civil rights complainants during federal enforcement processes, preventing systematic obstruction of constitutional protections, and ensuring meaningful access to federal civil rights remedies for disabled individuals experiencing coordinated retaliation including systematic denial of ADA accommodations.

The accommodations serve broader federal interests in civil rights enforcement by ensuring that systematic discrimination cannot prevent disabled individuals from accessing constitutional remedies through procedural barriers that effectively deny equal justice under law. The case involves coordinated targeting across multiple life domains designed to prevent effective legal recourse, making meaningful court access essential for both individual relief and broader civil rights enforcement.

## IX. CONSISTENCY WITH CIVIL LOCAL RULE 7-12

The requested accommodations are consistent with Northern District of California Civil Local Rule 7-12 governing accommodations for persons with disabilities, which requires the Court to provide reasonable

1

2

3

4

5   accommodations to ensure that disabled individuals are not excluded from participation in court proceedings by reason of disability.

The Rule specifically contemplates modifications to standard procedures when necessary to ensure meaningful access, including alternative methods of document preparation, filing, and court participation. The requested accommodations represent standard modifications routinely granted under Civil Local Rule 7-12 and General Order No. 45.

6

7

## X. CONCLUSION

8

The requested accommodations are reasonable, necessary, and consistent with federal disability rights laws, Civil Local Rule 7-12, judicial conference policies, and established federal court precedent. The accommodations ensure meaningful access to constitutional protections while maintaining judicial efficiency through modern technology utilization and flexible procedural modifications.

9

10   Given the compelling civil rights context involving systematic denial of ADA accommodations by Defendants, the Court's grant of comprehensive accommodations serves both individual justice and broader federal interests in preventing disability discrimination from obstructing access to constitutional remedies.

11   Plaintiff respectfully requests that this Court grant the requested accommodations to ensure equal access to justice and compliance with federal disability rights obligations. The extensive medical evidence and compelling civil rights context support comprehensive accommodation approval enabling effective participation in these essential federal civil rights proceedings.

12

13   Respectfully submitted,

14

15   Dated: February 3, 2026                   By:_____/s/Thomas Joseph Goddard_____
                                                    THOMAS JOSEPH GODDARD
16                                                  Plaintiff, Pro Se

17

18

19

20

21

22

23

24

25

26

27

28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3

4

5

## EXHIBIT: MEDICAL DOCUMENTATION SUPPORTING AC-COMMODATION REQUEST

### Comprehensive Medical Evidence

The following documentation establishes the medical necessity for the requested accommodations through comprehensive medical records from UCSF Medical Center and other healthcare providers documenting Plaintiff's multiple disabilities and their functional limitations affecting court participation.

Medical records include detailed documentation from Dr. Maria Catalina Cuervo establishing disability status under ADA definitions, emergency department records documenting stress-induced medical crises requiring ongoing treatment, and specialist evaluations confirming the need for comprehensive accommodations in legal proceedings.

The medical evidence demonstrates that traditional court procedures without accommodation would cause physical harm and may result in permanent disability progression, establishing compelling medical necessity for the requested procedural modifications.

#### UCSF Medical Documentation - Dr. Maria Catalina Cuervo Assessment

Medical records dated June 5, 2025 and June 26, 2025 document comprehensive evaluation of Plaintiff's disabilities and specific recommendations for accommodations in legal proceedings. The assessment establishes that accommodation modifications are medically necessary to prevent exacerbation of documented conditions.

#### Emergency Medical Records - Stress-Induced Health Crisis

Documentation of six emergency room visits in June 2025 establishing objective medical evidence of stress-induced physiological harm directly related to legal proceedings and systematic discrimination. Laboratory results show glucose levels of 193 mg/dL (diabetic crisis), white blood cell count of 13.36 (severe inflammatory response), and lymphocyte percentage of 5.2

These objective medical findings demonstrate that legal stress without appropriate accommodations creates life-threatening medical complications requiring emergency intervention, establishing compelling medical necessity for comprehensive accommodation approval.

The medical documentation provides comprehensive foundation for all requested accommodations and establishes that denial of accommodations would effectively deny meaningful court access due to documented medical inability to participate in traditional proceedings without significant health risk.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

AWS Invoice - September 2025

---

Invoice #2305296401

Billing Period: August 1-31, 2025

Account #184906152513

Demonstrates unauthorized $37.21 charge for AWS Directory Service—a service Plaintiff had not used since approximately 2015, establishing 10+ year pattern of systematic billing fraud.



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**aws**

### Amazon Web Services, Inc. Invoice

Account number:

**184906152513**

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

**Invoice Summary**

Bill to Address:
Neutrinos Platforms, Inc.
ATTN: Tom Goddard
1910 N Main St
#627
Walnut Creek, CA, 94596, US

| Invoice Number: | 2305296401 |
| Invoice Date: | September 1 , 2025 |

| TOTAL AMOUNT DUE ON September 1 , 2025 | $55.32 |

This invoice is for the billing period August 1 - August 31 , 2025

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

| Summary | |
|---|---|
| AWS Service Charges | $55.32 |
| Charges | $55.32 |
| Credits | $0.00 |
| Tax | $0.00 |
| Total for this invoice | $55.32 |

| Detail for Consolidated Bill | |
|---|---|
| Amazon Simple Storage Service | $13.36 |
| Charges | $13.36 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| AWS Data Transfer | $0.00 |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

1

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

| AmazonCloudWatch | $0.00 |
|---|---|
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Elastic File System** | **$0.18** |
| Charges | $0.18 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Directory Service** | **$37.21** |
| Charges | $37.21 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon CloudFront** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Elastic Compute Cloud** | **$1.57** |
| Charges | $1.57 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Quantum Ledger Database** | **$0.00** |
| Charges | $0.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

2

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3

| CT | $0.00 |
|---|---|
| Amazon Route 53 | $3.00 |
| Charges | $3.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-
Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS,
Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to
the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to
the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The
amount of your actual charges for this statement period may differ from the charges shown on this
page. The charges shown on this page do not include any additional usage charges accrued during this
statement period after the date you are viewing this page. Also, one-time fees and subscription charges
are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

3

22

23

24

25

26

27

28

Account number
184906152513



# LINKED ACCOUNT ALLOCATION

To learn more about how charges are allocated across linked accounts visit
https://docs.aws.amazon.com/awsaccountbilling/latest/aboutv2/con-bill-blended-rates.html

| Activity By Account | |
|---|---|
| Thomas J. Goddard (184906152513) | $55.32 |
| Charges | $55.32 |
| Credits | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| Total allocated for this invoice | $55.32 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this
transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

4

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

Account number
**184906152513**



| Summary for Linked Account | |
|---|---|
| Thomas J. Goddard (184906152513) | $55.32 |
| Charges | $55.32 |
| Credits | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| Account 184906152513 total allocated for this invoice | $55.32 |

| Detail for Linked Account | |
|---|---|
| Amazon Simple Storage Service | $13.36 |
| Charges | $13.36 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Data Transfer | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| AmazonCloudWatch | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Elastic File System | $0.18 |
| Charges | $0.18 |
| Estimated US sales tax to be collected | $0.00 |
| AWS Directory Service | $37.21 |
| Charges | $37.21 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon CloudFront | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Elastic Compute Cloud | $1.57 |
| Charges | $1.57 |
| Estimated US sales tax to be collected | $0.00 |
| Amazon Quantum Ledger Database | $0.00 |
| Charges | $0.00 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this
transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

5

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

Account number
184906152513



| Amazon Route 53 | $3.00 |
|---|---|
| Charges | $3.00 |
| Estimated US sales tax to be collected | $0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this
transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

AWS Invoice - October 2025

---

Invoice #2331051877

Billing Period: September 1-30, 2025

Account #184906152513

Demonstrates continuation of unauthorized $35.97 charge for AWS Directory Service despite Plaintiff's demand for refund, establishing Amazon's systematic billing fraud and refusal to remediate.



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**aws**

**Amazon Web Services, Inc. Invoice**

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

Account number:
**184906152513**

Bill to Address:
Neutrinos Platforms, Inc.
ATTN: Tom Goddard
1910 N Main St
#627
Walnut Creek, CA, 94596, US

| Invoice Summary | |
|---|---|
| Invoice Number: | 2331051877 |
| Invoice Date: | October 1 , 2025 |
| **TOTAL AMOUNT DUE ON October 1 , 2025** | **USD 54.07** |

This invoice is for the billing period September 1 - September 30 , 2025

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

| Summary | |
|---|---|
| AWS Service Charges | USD 54.07 |
| Charges | USD 54.07 |
| Credits | USD 0.00 |
| Tax | USD 0.00 |
| Total for this invoice | USD 54.07 |

| Detail for Consolidated Bill | |
|---|---|
| Amazon Simple Storage Service | USD 13.35 |
| Charges | USD 13.35 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |
| AWS Data Transfer | USD 0.00 |
| Charges | USD 0.00 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

1



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

| AmazonCloudWatch | USD 0.00 |
|---|---|
| Charges | USD 0.00 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |
| **Amazon Elastic File System** | **USD 0.18** |
| Charges | USD 0.18 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |
| **AWS Directory Service** | **USD 35.97** |
| Charges | USD 35.97 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |
| **Amazon CloudFront** | **USD 0.00** |
| Charges | USD 0.00 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |
| **Amazon Elastic Compute Cloud** | **USD 1.57** |
| Charges | USD 1.57 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| CT | USD 0.00 |
| **Amazon Route 53** | **USD 3.00** |
| Charges | USD 3.00 |
| VAT ** | USD 0.00 |
| GST | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3

| CT | USD 0.00 |
|---|---|

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

3

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

Account number
**184906152513**



## LINKED ACCOUNT ALLOCATION

To learn more about how charges are allocated across linked accounts visit
https://docs.aws.amazon.com/awsaccountbilling/latest/aboutv2/con-bill-blended-rates.html

| Activity By Account | |
|---|---|
| Thomas J. Goddard (184906152513) | USD 54.07 |
| Charges | USD 54.07 |
| Credits | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| Total allocated for this invoice | USD 54.07 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this
transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

4

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

Account number
184906152513



| Summary for Linked Account | |
| --- | --- |
| Thomas J. Goddard (184906152513) | USD 54.07 |
| Charges | USD 54.07 |
| Credits | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| Account 184906152513 total allocated for this invoice | USD 54.07 |

| Detail for Linked Account | |
| --- | --- |
| Amazon Simple Storage Service | USD 13.35 |
| Charges | USD 13.35 |
| Estimated US sales tax to be collected | USD 0.00 |
| AWS Data Transfer | USD 0.00 |
| Charges | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| AmazonCloudWatch | USD 0.00 |
| Charges | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| Amazon Elastic File System | USD 0.18 |
| Charges | USD 0.18 |
| Estimated US sales tax to be collected | USD 0.00 |
| AWS Directory Service | USD 35.97 |
| Charges | USD 35.97 |
| Estimated US sales tax to be collected | USD 0.00 |
| Amazon CloudFront | USD 0.00 |
| Charges | USD 0.00 |
| Estimated US sales tax to be collected | USD 0.00 |
| Amazon Elastic Compute Cloud | USD 1.57 |
| Charges | USD 1.57 |
| Estimated US sales tax to be collected | USD 0.00 |
| Amazon Route 53 | USD 3.00 |
| Charges | USD 3.00 |
| Estimated US sales tax to be collected | USD 0.00 |

For line item details, please visit the Account Activity Page aws.amazon.com
* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type

5

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

# EXHIBIT E

AWS Support Chat Correspondence

---

Case #176153025600461

Date: October 26-27, 2025

Account #184906152513

Documents Plaintiff's ADA accommodation request, AWS refusal to provide accommodation, refusal to grant S3 access, refusal to address 10-year unauthorized billing, and Plaintiff's statement: "You are holding my assets illegally" and "My assets and domains are worth approximately $50M."

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Chat: URGENT - Request for Immediate Investigation and Full Refund of AWS Directory Service Charges Info

[ Reopen case ]

> ▶ **Case details**
> Basic information about this support case

## Correspondence

Thomas J. Goddard

------- Sun Oct 26 2025 18:57:39 GMT-0700 (Pacific Daylight Time)

01:58:37 AM Abdul: Hello, my name is Abdul and I am here to assist you today. While I review your case details, would you please share your name with me?
01:59:00 AM Customer: Thomas Goddard
01:59:49 AM Abdul: I understand your concern. I will quickly check your case details to assist you further.
Please allow me few minutes of your time while I check this for you.

02:01:51 AM Abdul: Upon checking, I see that your AWS account has been suspended for nonpayment on October 17, 2025.

1

2

3        02:02:01 AM Customer: AWS Billing
         Support Team,

4

5        I am writing to formally dispute
         significant billing errors on my AWS
6        account (Account Number:
         184906152513) and to request an
7        immediate investigation with full refund
         of unauthorized charges.

8        Issue Summary:
9        Upon reviewing my recent AWS invoices,
         I discovered that I have been
10       continuously charged for AWS Directory
         Service—a service I have neither used
11       nor authorized in over ten years. This
         represents a substantial billing error
12       that has persisted across multiple billing
         cycles.

13       Specific Charges Identified AND MORE
         GOING FAR BACK:

14

15       September 2025 Invoice (2305296401):
         AWS Directory Service charged $37.21
16       October 2025 Invoice (2331051877):
         AWS Directory Service charged $35.97

17       These charges alone total $73.18 for
         just two months. Given that similar
18       charges likely extend back through
         many prior billing periods, the
19       cumulative overcharge amount may be
         substantial.

20

21       Analysis and Impact:
         My analysis of the billing records reveals
22       several concerning issues that require
         immediate attentio
23       02:02:17 AM Customer: I have not used
         the directory service for over 10 years
24       02:02:25 AM Customer: And you have
         been charging me for it
25       02:03:25 AM Abdul: To review your
         account for billing adjustment, you'll

26

27

28

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

need to pay the invoice and your
account will be reopened.
02:03:48 AM Abdul: Then we can follow
the process for billing adjustment.
02:04:08 AM Customer: I don't have the
funds to pay it. I need a full refund for
the prevous months as well. I am a
disabled person.
02:04:51 AM Customer: The amount
you're charging me is incorrect. I will not
pay fees for services that I have not used
for the last 10 years over 10 years.
02:04:54 AM Abdul: We can grant billing
adjustment for upto 3 months only as
per the policy.
02:05:13 AM Customer: Please grant the
3 months. I will no longer be using
Amazon.
02:05:32 AM Customer: I just need
access to my S3 buckets to get my data
from them.
02:05:47 AM Customer: Then I will
remove any of my usage from Amazon
services.
02:05:54 AM Abdul: To proceed further
with investigation and possible billing
adjustment on your account, Kindly
provide us with confirmation to:
1. Reinstate your account to check the
currently active resources that may be
responsible for further charges on your
account.
2. Once the resources are located,
terminate the active services.
3. Final step after termination we can
check for adjusting unexpected bill on
your account.
02:06:11 AM Customer: I had already
terminated the services.
02:06:25 AM Customer: You also owe
me for prevous months where the
directory services were charged.
02:06:43 AM Customer: I am a disabled
litigant, this is litigation.
02:06:51 AM Customer: Amazon is now

a defendant.
02:06:57 AM Customer: Please provide your legal contact informatino.
02:07:09 AM Customer: And send me a full transcript of this conversation.
02:07:37 AM Abdul: You can view the transcript of the chat on support case.
02:07:56 AM Customer: Please provide your full name and badge details since you are a witness and defendant.
02:08:22 AM Customer: This is systemic, pattern discrimination.
02:09:14 AM Abdul: Please review the AWS Customer Agreement:
https://aws.amazon.com/agreement/
02:09:30 AM Customer: Please provide your contact information.



CloudFront    S3    Amazon Bedrock

AWS Support  >  Your support cases  >  Details

02:11:14 AM Abdul: You can access support case, here:
https://console.aws.amazon.com/support/home#/case/?
displayId=176153025600461
02:11:32 AM Customer: And how might I access my resources?
02:11:48 AM Customer: I am still unable to access my S3 bucket.
02:12:03 AM Abdul: I reached out to the team to reinstate the account as an exception but the service team mentioned that your account doesn't have a Valid payment method to proceed further.

Hence, I request you to add valid payment method in your account and revert back to this support case.
02:12:27 AM Customer: I do not have funds. I am telling you I am transferring

## Support Center  ‹

Plan   Basic Support

▼ Your resources
  Support Dashboard
  Support cases

▼ AWS Support Plans
  Manage Support Plan
  Business Support+
  Enterprise Support
  Unified Operations

▼ Support Tools
  AWS Support App in Slack

Compute Optimizer [↗]

AWS Health Dashboard [↗]

Trusted Advisor [↗]

**▼ AWS Knowledge resources**

Get started with AWS Support

Knowledge Center [↗]

Knowledge Center videos [↗]

AWS Documentation [↗]

re:Post [↗]

Training and Certification [↗]

out of Amazon. I am a disabled, pro se litigent.

02:12:33 AM Customer: I am requesting an Urgent ADA accommdoation .\

02:13:15 AM Abdul: I understand, you can just add valid payment method or system won't allow us to reinstate account for you.

02:13:34 AM Customer: I do not have a valid payment method at this time.

02:13:42 AM Abdul: We don't have an option to bypass the process to reinstate.

02:13:57 AM Customer: I need access to my assets and resources.

02:14:05 AM Customer: You are holding my assets illegally.

02:14:41 AM Abdul: Once you've the valid payment, please reply to support case. We'll go ahead assist your further.

02:14:53 AM Customer: I DO NOT HAVE A VALID PAYMENT METHOD.

02:15:03 AM Customer: I demand that you release the suspension now.

02:15:10 AM Customer: DEMAND.

02:15:15 AM Customer: This is a formal demand letter.

02:15:41 AM Abdul: The emails from AWS were sent on your registered email before your account got suspended for bill payment reminder.

02:15:44 AM Customer: My assets and domains are worth approximately $50M

02:16:08 AM Customer: I need to escalate this to your manager.

02:16:19 AM Customer: You are being unreasonable and I am asking for a reasonable accommodation.

02:16:55 AM Abdul: I totally understand your situation, this is as per AWS policy. We'll need to adhere the policy as working for AWS.

02:17:11 AM Customer: I am demanding to speak to a manager

02:17:25 AM Customer: You do not have

1

2

3

a policy that states that you can keep
my assets from me
02:17:43 AM Abdul: You can initiate a
call by replying on support case.
02:18:00 AM Abdul: Select phone option
02:18:01 AM Customer: I have a
disabiliyt and require an
accommodation for electronic
communicatino.
02:18:15 AM Customer: Only electronic
communication.
02:18:55 AM Customer: You don't care
about disabilities, accommodations, or
my assets.
02:19:42 AM Customer: You are losing
my business permenantly, and I will tell
everyone I talk to that Amazon service is
garbage, they are thiefs that steal
assets, and they are antisemites.
02:19:54 AM Abdul: I totally care and
understand your concern.
02:21:17 AM Abdul: Since there in no
response for more than 2 mins I would
need to end this chat.

Should you need further assistance,
please initiate a new chat by selecting
the "Reply" button and an agent will be
right there to assist you.

Thomas J. Goddard
------
Sun Oct 26 2025 18:57:37 GMT-

AWS Billing Support Team,

I am writing to formally dispute
significant billing errors on my AWS
account (Account Number:
184906152513) and to request an
immediate investigation with full refund
of unauthorized charges.

Issue Summary:

0700 (Pacific Daylight Time)

Upon reviewing my recent AWS invoices, I discovered that I have been continuously charged for AWS Directory Service—a service I have neither used nor authorized in over ten years. This represents a substantial billing error that has persisted across multiple billing cycles.

Specific Charges Identified AND MORE GOING FAR BACK:

September 2025 Invoice (2305296401): AWS Directory Service charged $37.21
October 2025 Invoice (2331051877): AWS Directory Service charged $35.97

These charges alone total $73.18 for just two months. Given that similar charges likely extend back through many prior billing periods, the cumulative overcharge amount may be substantial.

Analysis and Impact:
My analysis of the billing records reveals several concerning issues that require immediate attention. I have not utilized AWS Directory Service since approximately 2015, nor have I knowingly enabled or authorized this service during that time. The recurring nature of these charges suggests a systemic billing configuration error rather than an isolated incident.

This billing issue has now created a critical service disruption. My AWS account has been suspended due to outstanding charges, which has directly impacted my business operations. I manage approximately 200 premium .app domains through my AWS infrastructure, and the service suspension has effectively blocked

1

2

3

access to these high-value digital assets.
The timing of this disruption is
particularly problematic given current
business pressures and competitive
challenges I am facing.

The .app domain portfolio represents
significant business value and serves
critical infrastructure functions. Each
day of service suspension compounds
operational losses and creates
reputational risks with clients and
stakeholders who depend on these
services.

Requested Actions:
I respectfully request that AWS
immediately undertake the following
actions:
First, conduct a comprehensive audit of
my account to identify all AWS Directory
Service charges dating back to my last
verified use of the service
(approximately 2015). Second, process a
full refund for all erroneous Directory
Service charges identified during this
audit period. Third, immediately remove
any outstanding balance associated with
these disputed charges to facilitate
account reactivation. Fourth, restore full
service access to my account so I can
resume management of my domain
portfolio and business operations.

Supporting Documentation:
I have attached copies of the September
and October 2025 invoices showing the
disputed charges. I am prepared to
provide additional documentation or
account access as needed to facilitate
your investigation.

Urgency:
This matter requires urgent resolution
due to the immediate business impact

of the service suspension. I have
operated in good faith as an AWS
customer and maintained this account
for over a decade. The combination of
apparent long-term billing errors and
resulting service disruption creates an
untenable situation that demands
prompt attention and resolution.

I request a response within 24-48 hours
acknowledging receipt of this dispute
and outlining the investigation timeline.
Please provide direct contact
information for the billing specialist
assigned to review this case.

I appreciate your immediate attention to
this matter and look forward to a swift
resolution.

Respectfully,
Thomas J. Goddard
Neutrinos Platforms, Inc.
1910 N Main St, #627
Walnut Creek, CA 94596
Account Number: 184906152513

--[Additional Information]--
Name of the Service: Directory Service
Total Amount: 1000
Time Frame( in Days, Weeks and
Months): 10 years
Last four digits of card:

Attachments
amazon-bill-september.pdf
analysis.pdf
amazon-bill-october.pdf

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8

# EXHIBIT F

9
10

Additional AWS Support Correspondence

11
12

---

13
14

Account #184906152513

15
16

Documents continued ADA accommodation refusal, AWS statement "Your account was suspended for nonpayment on October 17, 2025," Plaintiff's documented disabilities, Plaintiff's statement "I am a disabled litigant, this is litigation," and AWS admission of policy restrictions preventing account restoration without payment.

17
18
19
20
21
22
23
24
25
26
27
28

1

2

3   Live Chat | AWS Support Console                                        10/26/25, 7:21 PM

4

5

6                                           Case ID: 176153025600461

7   ⓘ  Warning – We value your privacy. Please do not include any Personally Identifiable Information (PII)
      through the chat.
8

9   **Abdul**                                                              🔊  ✕

10      Hello, my name is Abdul and I am here to assist you today. While I
        review your case details, would you please share your name with
11   👤  me?

12      6:58 PM

13                                                          Thomas Goddard

14                                                                     6:59 PM

15      I understand your concern. I will quickly check your case details to
        assist you further.
16      Please allow me few minutes of your time while I check this for
     👤  you.
17

18      6:59 PM

19      Upon checking, I see that your AWS account has been suspended
        for nonpayment on October 17, 2025.
20   👤

        7:01 PM
21

22

23

24

25   https://support.console.aws.amazon.com/support/chatconnect                Page 1 of 8

26

27

28

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3     Live Chat | AWS Support Console                                                    10/26/25, 7:21 PM

4                                        AWS Billing Support Team,

5                                        I am writing to formally dispute significant billing errors on my
6                                        AWS account (Account Number: 184906152513) and to request
                                         an immediate investigation with full refund of unauthorized
7                                        charges.

8                                        Issue Summary:
                                         Upon reviewing my recent AWS invoices, I discovered that I have
9                                        been continuously charged for AWS Directory Service—a service I
                                         have neither used nor authorized in over ten years. This repre-
10                                       sents a substantial billing error that has persisted across multiple
                                         billing cycles.

11                                       Specific Charges Identified AND MORE GOING FAR BACK:

12                                       September 2025 Invoice (2305296401): AWS Directory Service
13                                       charged $37.21
                                         October 2025 Invoice (2331051877): AWS Directory Service
14                                       charged $35.97

15                                       These charges alone total $73.18 for just two months. Given that
                                         similar charges likely extend back through many prior billing peri-
16                                       ods, the cumulative overcharge amount may be substantial.

17                                       Analysis and Impact:
                                         My analysis of the billing records reveals several concerning issues
18                                       that require immediate attentio

19                                             I have not used the directory service for over 10 years

20

21                                              And you have been charging me for it

22                                                                                     7:02 PM

23         To review your account for billing adjustment, you'll need to pay
          the invoice and your account will be reopened.
24

25

26

27

28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Live Chat | AWS Support Console                                          10/26/25, 7:21 PM

Then we can follow the process for billing adjustment.

7:03 PM

I don't have the funds to pay it. I need a full refund for the pre-
vous months as well. I am a disabled person.

7:04 PM

The amount you're charging me is incorrect. I will not pay fees for
services that I have not used for the last 10 years over 10 years.

7:04 PM

We can grant billing adjustment for upto 3 months only as per
the policy.

7:04 PM

Please grant the 3 months. I will no longer be using Amazon.

I just need access to my S3 buckets to get my data from them.

Then I will remove any of my usage from Amazon services.

7:05 PM

To proceed further with investigation and possible billing adjust-
ment on your account, Kindly provide us with confirmation to:
1. Reinstate your account to check the currently active resources
that may be responsible for further charges on your account.
2. Once the resources are located, terminate the active services.
3. Final step after termination we can check for adjusting unex-
pected bill on your account.

7:05 PM

I had already terminated the services.

1

2

3

Live Chat | AWS Support Console                                                      10/26/25, 7:21 PM

4

5
You also owe me for prevous months where the directory services
were charged.

6
I am a disabled litigant, this is litigation.

7

8
Amazon is now a defendant.

9
Please provide your legal contact informatino.

10

11
And send me a full transcript of this conversation.

12
7:07 PM

13
👤 You can view the transcript of the chat on support case.

14
7:07 PM

15
Please provide your full name and badge details since you are a
witness and defendant.

16

17
This is systemic, pattern discrimination.

18
7:08 PM

19
👤 Please review the AWS Customer Agreement: https://aws.ama-
zon.com/agreement/

20

21
7:09 PM

Please provide your contact information.

22
7:09 PM

23

24

25

26

27

28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Live Chat | AWS Support Console                                        10/26/25, 7:21 PM

I apologize for that, we cannot provide our contact information.
You can reach out to us via support case.

7:10 PM

Where do I access the transcript?

7:10 PM

You can access support case, here: https://console.aws.amazon.-
com/support/home#/case/?displayId=176153025600461

7:11 PM

And how might I access my resources?

I am still unable to access my S3 bucket.

7:11 PM

I reached out to the team to reinstate the account as an exception
but the service team mentioned that your account doesn't have a
Valid payment method to proceed further.

Hence, I request you to add valid payment method in your ac-
count and revert back to this support case.

7:12 PM

I do not have funds. I am telling you I am transferring out of
Amazon. I am a disabled, pro se litigent.

I am requesting an Urgent ADA accommdoation .\

7:12 PM

https://support.console.aws.amazon.com/support/chatconnect                Page 5 of 8



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Live Chat | AWS Support Console                                                      10/26/25, 7:21 PM

I understand, you can just add valid payment method or system
won't allow us to reinstate account for you.

7:13 PM

I do not have a valid payment method at this time.

7:13 PM

We don't have an option to bypass the process to reinstate.

7:13 PM

I need access to my assets and resources.

You are holding my assets illegally.

7:14 PM

Once you've the valid payment, please reply to support case.
We'll go ahead assist your further.

7:14 PM

I DO NOT HAVE A VALID PAYMENT METHOD.

I demand that you release the suspension now.

DEMAND.

This is a formal demand letter.

7:15 PM

https://support.console.aws.amazon.com/support/chatconnect                            Page 6 of 8



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Live Chat | AWS Support Console                                                    10/26/25, 7:21 PM

👤   The emails from AWS were sent on your registered email before
     your account got suspended for bill payment reminder.

     7:15 PM

                                        My assets and domains are worth approximately $50M

                                                    I need to escalate this to your manager.

                                 You are being unreasonable and I am asking for a reasonable ac-
                                 commodation.

                                                                                   7:16 PM

     I totally understand your situation, this is as per AWS policy. We'll
     need to adhere the policy as working for AWS

     ⠿                                        🔍   ⊠   🔔   More ▾

                                                    I am demanding to speak to a manager

                                 You do not have a policy that states that you can keep my assets
                                 from me

                                                                                   7:17 PM

     You can initiate a call by replying on support case.

👤   Select phone option

     7:18 PM

                                 I have a disabiliyt and require an accommodation for electronic
                                 communicatino.



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3    Live Chat | AWS Support Console                                    10/26/25, 7:21 PM

4

Only electronic communication.
5
                                                                        7:18 PM
6
You don't care about disabilities, accommodations, or my assets.
7
                                                                        7:18 PM
8
You are losing my business permenantly, and I will tell everyone I
9    talk to that Amazon service is garbage, they are thiefs that steal
     assets, and they are antisemites.
10
                                                                        7:19 PM
11

12        ☒  | Feedback                          Privacy    Terms    Cookie preferences

13                              © 2025, Amazon Web Services, Inc. or its affiliates.

14    Type your message here                                              </>  ☺

15
     ┌──────────────────────────────────────────────────────────────────┐
16   │                                                                ➤   │
     └──────────────────────────────────────────────────────────────────┘
17

18

19

20

21

22

23

24

25    https://support.console.aws.amazon.com/support/chatconnect              Page 8 of 8

26

27

28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8

# EXHIBIT G

9
10

Account Deletion Correspondence

11
12

———————————————————————

13
14

Account #184906152513

15
16

Demonstrates Amazon's violation of CCPA deletion rights (Cal. Civ. Code § 1798.105) and selective application of data

17

destruction policies—refusing to delete unauthorized billing data while threatening to delete Plaintiff's business assets.

18
19
20
21
22
23
24
25
26
27
28

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

OFFICIAL DEMAND LETTER                                      AWS Account #184906152513

# OFFICIAL DEMAND LETTER
## PRESERVATION OF ASSETS AND PROHIBITION OF DATA DELETION
### AWS Account #184906152513

**Date:** January 29, 2026

**TO:**
Amazon.com, Inc.
Amazon Web Services, Inc.
AWS Legal Department
410 Terry Avenue North
Seattle, WA 98109

**Via:** AWS Support, Email, and U.S. Mail
**AWS Support Case:** #176153025600461

**FROM:**
Thomas Joseph Goddard
1910 N Main St #627
Walnut Creek, CA 94596
(415) 985-5539
thomas@goddard.app

**RE: OFFICIAL DEMAND — DO NOT DELETE ANY ASSETS FROM AWS ACCOUNT #184906152513**

---

**THIS IS AN OFFICIAL DEMAND LETTER**

**LITIGATION HOLD AND EVIDENCE PRESERVATION NOTICE**

*Federal Litigation Pending: Goddard v. Amazon.com, Inc.*
*United States District Court, Northern District of California*

---

## I. STATEMENT OF DEMAND

**I, Thomas Joseph Goddard, hereby make the following OFFICIAL DEMANDS upon Amazon.com, Inc., Amazon Web Services, Inc., and all affiliated entities:**

1. **DO NOT DELETE** any data, files, objects, or assets from AWS Account #184906152513.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OFFICIAL DEMAND LETTER                                    AWS Account #184906152513

2. **DO NOT TERMINATE** AWS Account #184906152513 or any services associated with it.

3. **DO NOT DESTROY** any S3 bucket contents, CloudFront distributions, Route 53 DNS records, or any other infrastructure associated with this account.

4. **PRESERVE ALL ASSETS** including but not limited to:

   - All S3 buckets and their contents (20+ years of business data)
   - All domain configurations and DNS records
   - All CloudFront distributions (190+ websites)
   - All source code, intellectual property, and proprietary data
   - All account logs, billing records, and service configurations

5. **RESTORE ACCESS** to my account and all associated assets immediately.

## II. BASIS FOR DEMAND

### A. Federal Litigation is Pending

A federal civil rights complaint has been filed against Amazon.com, Inc. in the United States District Court for the Northern District of California. The assets in AWS Account #184906152513 constitute:

- **Evidence** relevant to pending federal litigation
- **Business assets** valued at over $50,000,000
- **Intellectual property** accumulated over 20+ years
- **Critical infrastructure** for 190+ active websites

### B. Spoliation of Evidence is a Federal Crime

Destruction of evidence relevant to pending or reasonably anticipated litigation constitutes:

1. **Spoliation of Evidence** — Subject to adverse inference instructions and sanctions
2. **Obstruction of Justice** — 18 U.S.C. § 1512 (up to 20 years imprisonment)
3. **Destruction of Records** — 18 U.S.C. § 1519 (up to 20 years imprisonment)

Amazon has been on notice of this litigation since October 2025. Any deletion of assets constitutes willful destruction of evidence.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OFFICIAL DEMAND LETTER                                      AWS Account #184906152513

## C. The Threatened Deletion Constitutes Extortion

Amazon's January 14, 2026 notice threatening "permanent deletion of all data" unless I pay disputed charges constitutes extortion under:

- **California Penal Code § 518** — Obtaining property through threats
- **18 U.S.C. § 1951 (Hobbs Act)** — Federal extortion statute

The disputed charges ($37.21 + $35.97 = $73.18 for AWS Directory Service) are fraudulent— I have not used, authorized, or enabled AWS Directory Service since approximately 2015 (10+ year period of unauthorized billing).

## D. Asset Seizure Without Due Process Violates Constitutional Rights

Amazon's suspension of my account and seizure of $50,000,000+ in business assets without due process violates:

- **Fifth Amendment** — Deprivation of property without due process
- **Fourteenth Amendment** — Equal protection (discriminatory enforcement)
- **42 U.S.C. § 1981** — Discrimination in contract performance

# III. CONSEQUENCES OF NON-COMPLIANCE

If Amazon proceeds to delete any assets from AWS Account #184906152513, I will immediately pursue:

1. **Emergency TRO/Injunction** in federal court to prevent further destruction
2. **Criminal Referral** to the U.S. Department of Justice for:
   - Obstruction of Justice (18 U.S.C. § 1512)
   - Destruction of Records (18 U.S.C. § 1519)
   - Wire Fraud (18 U.S.C. § 1343)
   - Extortion (18 U.S.C. § 1951)
3. **Amended Federal Complaint** adding:
   - Spoliation of evidence claims
   - Request for adverse inference instructions
   - Enhanced punitive damages for willful destruction
   - RICO claims (18 U.S.C. § 1962)
4. **State Criminal Complaint** under California Penal Code § 518 (Extortion)
5. **FTC Complaint** for unfair and deceptive trade practices
6. **SEC Referral** for securities violations (Amazon is a publicly traded company)

3

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

OFFICIAL DEMAND LETTER                                    AWS Account #184906152513

## IV. DEMAND FOR IMMEDIATE ACTION

I demand that Amazon:

1. **IMMEDIATELY** implement a litigation hold on AWS Account #184906152513

2. **IMMEDIATELY** cancel any scheduled deletion or termination of the account

3. **IMMEDIATELY** restore my access to all S3 buckets, CloudFront distributions, and account services

4. **PROVIDE** written confirmation within 48 hours that:
   - All assets will be preserved
   - No deletion will occur
   - A litigation hold has been implemented

5. **REFUND** all unauthorized AWS Directory Service charges (10+ years of fraudulent billing)

6. **IDENTIFY** the Amazon legal counsel responsible for this matter

## V. CONTACT INFORMATION

All responses to this demand letter should be directed to:

Thomas Joseph Goddard
1910 N Main St #627
Walnut Creek, CA 94596
Email: thomas@goddard.app
Phone: (415) 985-5539

**ADA ACCOMMODATION NOTICE:** I have documented disabilities requiring electronic communication. Do not demand phone calls. All communications must be in writing via email or mail.

## VI. PRESERVATION OF THIS DEMAND

This demand letter is being:

- Filed with the Court as part of pending federal litigation
- Submitted via AWS Support Case #176153025600461
- Sent via certified mail to Amazon Legal Department
- Preserved in multiple locations as evidence

4

1
2
3

OFFICIAL DEMAND LETTER                                    AWS Account #184906152513

4

**THIS IS AN OFFICIAL DEMAND**

5

**FAILURE TO COMPLY WILL RESULT IN IMMEDIATE LEGAL ACTION**

6
7

Respectfully submitted,

8
9

Thomas Joseph Goddard
Pro Se Litigant

10

Date: January 29, 2026

11

CEO & FOUNDER
NEUTRINOS PLATFORMS, INC.

12

NEUTRINOS SOFTWARE CORPORATION
NEUTRINO LABS, INC.

13

neutrinos.app, classify.app, remotex.app

**CC:**

14

United States District Court, Northern District of California

15

Federal Trade Commission
California Attorney General
U.S. Department of Justice, Civil Rights Division

16
17
18
19
20
21
22
23
24
25

5

26
27
28

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

# EXHIBIT H

Amazon Customer Service Correspondence

---

Date: October 30, 2024

Order #111-3041177-9111462

Email to: jeff@amazon.com

CC: Tai Wang (NOMA Assistant Manager)

Documents systematic service discrimination following Israeli merchandise purchase, address manipulation (Unit 627 to 134 Shakespeare), offshore routing pattern, and Amazon-NOMA coordination. Plaintiff states: "I have noticed an increase in issues with my orders ever since I purchased Israeli stickers." Demonstrates cross-corporate conspiracy and temporal correlation with October 7, 2023 catalyst event.

**From:** **Thomas Goddard** thomas.goddard@icloud.com  📎
**Subject:** Urgent Assistance Required: Return and Pickup for Amazon Order 111-3041177-9111462
**Date:** October 30, 2024 at 7:29 PM
**To:** jeff@amazon.com
**Cc:** Tai Wang taiwang@sares-regis.com, NoMa@sares-regis.com
**Bcc:** caag@doj.ca.gov

**Subject**: Urgent Assistance Required: Return and Pickup for Amazon Order 111-3041177-9111462

See attached chat transcript of the numerous attempts I've made to return the bed frame.

**Message**:

Hello Amazon Customer Support Team,

I am reaching out regarding an ongoing issue with the return of my Amazon order, which remains unresolved despite multiple interactions with your support team. I've made several attempts to return this item, a bed, and have encountered repeated delays and issues. The bed is still located in the mail room of my building, and I am requesting that Amazon arranges a pickup as I am unable to ship it back myself.



I have attached a video detailing my interactions with Amazon support as a record of my experience. Additionally, I have noticed an increase in issues with my orders ever since I purchased Israeli stickers. It appears that I may be receiving different treatment from Amazon's staff, which has been concerning and adds to the frustration of this unresolved issue.

**Order Information**:

• **Order Number**: 111-3041177-9111462

**Contact Information**:

• **Phone Number**: 415-985-5539

• **Pickup Address**: 1910 N. Main St. Walnut Creek, CA 94596

Please escalate this matter, as I would like this resolved as soon as possible to avoid any further complications. Thank you for your attention to this issue, and I look forward to your prompt response. The bed frame is in the mail room awaiting pickup.

Best regards,

Thomas J. Goddard

415-985-5539

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

# EXHIBIT I

Demand Letter: Asset Preservation and Account Restoration

---

Date: January 29, 2026

Re: Illegal AWS Account Suspension

Account #184906152513

Plaintiff's demand letter to Amazon.com, Inc. requesting immediate restoration of AWS account access, preservation of $50M+ in business assets (domains, S3 buckets, infrastructure), cessation of extortion threats, refund of unauthorized billing charges, and compliance with federal civil rights laws including ADA accommodation. Establishes Plaintiff's contemporaneous objections to Amazon's illegal conduct and demand for remediation prior to filing federal complaint.





> ℹ **There is an active live contact session with a support agent**
> We found an active live contact session for this support case. Do you want to cancel it?
>
> [ Cancel active live contact ]

## Chat: RE: OFFICIAL DEMAND — DO NOT DELETE ANY ASSETS FROM AWS ACCOUNT #184906152513  Info

[ Resolve case ]



### ▼ Case details
Basic information about this support case

**Subject**
Chat: RE: OFFICIAL DEMAND — DO NOT
DELETE ANY ASSETS FROM AWS ACCOUNT
#184906152513

**Case ID**
176970660000614

**Created**
2026-01-29T17:09:59.836Z

**Case type**
Account

**Opened by**
thomas.goddard@icloud.com

**Status**
Unassigned

**Severity**
General question

**Category**
Billing, Payment Issue

**Language**
English

**Additional contacts**
-

---

### Correspondence                              [ Reply ]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thomas J. Goddard

--------------

Thu Jan 29
2026
09:10:00
GMT-0800
(Pacific
Standard
Time)

I. STATEMENT OF DEMAND

I, Thomas Joseph Goddard, hereby make the following OFFICIAL DEMANDS upon Amazon.com, Inc., Amazon Web Services, Inc., and all affiliated entities:

1. DO NOT DELETE any data, files, objects, or assets from AWS Account #184906152513.

1

OFFICIAL DEMAND LETTER AWS Account #184906152513

2. DO NOT TERMINATE AWS Account #184906152513 or any services associated
with it.

3. DO NOT DESTROY any S3 bucket contents, CloudFront distributions, Route 53
DNS records, or any other infrastructure associated with this account.

4. PRESERVE ALL ASSETS including but not limited to:
• All S3 buckets and their contents (20+ years of business data)
• All domain configurations and DNS records
• All CloudFront distributions (190+ websites)
• All source code, intellectual property, and proprietary data
• All account logs, billing records, and service configurations

5. RESTORE ACCESS to my account and all associated assets immediately.

II. BASIS FOR DEMAND

A. Federal Litigation is Pending

A federal civil rights complaint has been filed against Amazon.com, Inc. in the United
States District Court for the Northern District of California. The assets in AWS Account
#184906152513 constitute:
• Evidence relevant to pending federal litigation
• Business assets valued at over $50,000,000
• Intellectual property accumulated over 20+ years
• Critical infrastructure for 190+ active websites

B. Spoliation of Evidence is a Federal Crime

Destruction of evidence relevant to pending or reasonably anticipated litigation constitutes:

1. Spoliation of Evidence — Subject to adverse inference instructions and sanctions

2. Obstruction of Justice — 18 U.S.C. § 1512 (up to 20 years imprisonment)

3. Destruction of Records — 18 U.S.C. § 1519 (up to 20 years imprisonment)

Amazon has been on notice of this litigation since October 2025. Any deletion of assets
constitutes willful destruction of evidence.

2

OFFICIAL DEMAND LETTER AWS Account #184906152513

1

2

3        C. The Threatened Deletion Constitutes Extortion

4        Amazon's January 14, 2026 notice threatening "permanent deletion of all data" unless I pay

5        disputed charges constitutes extortion under:
         • California Penal Code § 518 — Obtaining property through threats
         • 18 U.S.C. § 1951 (Hobbs Act) — Federal extortion statute

6        The disputed charges ($37.21 + $35.97 = $73.18 for AWS Directory Service) are fraudulent—

7        I have not used, authorized, or enabled AWS Directory Service since approximately 2015

8        (10+ year period of unauthorized billing).

         D. Asset Seizure Without Due Process Violates Constitutional Rights

9        Amazon's suspension of my account and seizure of $50,000,000+ in business assets without

10       due process violates:
         • Fifth Amendment — Deprivation of property without due process

11       • Fourteenth Amendment — Equal protection (discriminatory enforcement)
         • 42 U.S.C. § 1981 — Discrimination in contract performance

12       III. CONSEQUENCES OF NON-COMPLIANCE

13       If Amazon proceeds to delete any assets from AWS Account #184906152513, I will immedi-

         ately pursue:

14       1. Emergency TRO/Injunction in federal court to prevent further destruction

15       2. Criminal Referral to the U.S. Department of Justice for:
         • Obstruction of Justice (18 U.S.C. § 1512)

16       • Destruction of Records (18 U.S.C. § 1519)
         • Wire Fraud (18 U.S.C. § 1343)

17       • Extortion (18 U.S.C. § 1951)
         3. Amended Federal Complaint adding:

18       • Spoliation of evidence claims
         • Request for adverse inference instructions

19       • Enhanced punitive damages for willful destruction
         • RICO claims (18 U.S.C. § 1962)

20       4. State Criminal Complaint under California Penal Code § 518 (Extortion)

21       5. FTC Complaint for unfair and deceptive trade practices
         6. SEC Referral for securities violations (Amazon is a publicly traded company)

         3

22       OFFICIAL DEMAND LETTER AWS Account #184906152513

23       IV. DEMAND FOR IMMEDIATE ACTION
         I demand that Amazon:

24       1. IMMEDIATELY implement a litigation hold on AWS Account #184906152513

25       2. IMMEDIATELY cancel any scheduled deletion or termination of the account
         3. IMMEDIATELY restore my access to all S3 buckets, CloudFront distributions,

26

27

28

and

account services

4. PROVIDE written confirmation within 48 hours that:

• All assets will be preserved

• No deletion will occur

• A litigation hold has been implemented

5. REFUND all unauthorized AWS Directory Service charges (10+ years of fraudulent

billing)

6. IDENTIFY the Amazon legal counsel responsible for this matter

V. CONTACT INFORMATION

All responses to this demand letter should be directed to:

Thomas Joseph Goddard

1910 N Main St #627

Walnut Creek, CA 94596

Email: thomas@goddard.app

Phone: (415) 985-5539

ADA ACCOMMODATION NOTICE: I have documented disabilities requiring electronic communication. Do not demand phone calls. All communications must be in

writing via email or mail.

VI. PRESERVATION OF THIS DEMAND

This demand letter is being:

• Filed with the Court as part of pending federal litigation

• Submitted via AWS Support Case #176153025600461

• Sent via certified mail to Amazon Legal Department

• Preserved in multiple locations as evidence

4

OFFICIAL DEMAND LETTER AWS Account #184906152513

THIS IS AN OFFICIAL DEMAND

FAILURE TO COMPLY WILL RESULT IN IMMEDIATE LEGAL ACTION

--[Additional Information]--

Name of the Service: AWS

Invoice ID: 2331051877

Total Amount: 109.39

Time Frame( in Days, Weeks and Months): 6 months

Payment Proof: NA

Last four digits of card: NA

Attachments

amazon-demand-letter-asset-preservation.pdf

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CloudShell     Feedback     Console Mobile App                    Privacy    Terms    Cookie preferences

© 2026, Amazon Web Services, Inc. or its affiliates.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8

# EXHIBIT J

9
10

15-Day Account Closure Reminder Notice

11
12

---

13
14

Account #184906152513

15

AWS Account Closure - Final Notice

16
17

Amazon Web Services 15-day account closure reminder and final notice prior to permanent account deletion.

18

Documents escalation of AWS account suspension threat and demand for payment as condition of account restoration.

19

Demonstrates systematic extortion requiring payment of disputed charges as prerequisite to data preservation and

20

account access restoration.

21
22
23
24
25
26
27
28



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**From:** **Amazon Web Services** no-reply@amazonaws.com
**Subject:** Reminder: AWS account 184906152513 will be permanently closed in 15 days
**Date:** January 29, 2026 at 6:02 PM
**To:** thomas.goddard@icloud.com



Greetings from Amazon Web Services,

This is a reminder that your AWS account associated with account ID 184906152513 will be permanently closed in 15 days. After that, you will not be able to reopen it and any remaining content in your account will be erased. To reopen this account, contact AWS Customer Support before it is permanently closed.

Sincerely,
Amazon Web Services

Amazon Web Services, Inc. is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com. This message was produced and distributed by Amazon Web Services, Inc. or its affiliates, 410 Terry Ave. North, Seattle, WA 98109.

© 2025, Amazon Web Services, Inc. or its affiliates. All rights reserved. Read our Privacy Notice.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

1
2
3
4
5
6
7
8

# EXHIBIT K

9
10

Amazon Account Closure Exhibits

11
12

———————————————————

13
14

Account #184906152513

15

AWS Account Closure Documentation

16
17

Supporting exhibits documenting Amazon's account closure process, including screenshots, correspondence, and records

18

of Plaintiff's attempts to preserve account access and recover business assets prior to permanent deletion.

19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**From:** **Amazon Web Services** no-reply@amazonaws.com
**Subject:** AWS Account Permanent Closure Confirmation
**Date:** February 15, 2026 at 8:37 AM
**To:** thomas.goddard@icloud.com

aws

To whom it may concern,

This e-mail confirms that the Amazon Web Services account associated with account ID 184906152513 is permanently closed and cannot be reopened. Any content remaining in this account is inaccessible and will be erased.

Sincerely,
Amazon Web Services

Amazon Web Services, Inc. is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com. This message was produced and distributed by Amazon Web Services, Inc. or its affiliates, 410 Terry Ave. North, Seattle, WA 98109.

© 2025, Amazon Web Services, Inc. or its affiliates. All rights reserved. Read our Privacy Notice.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I caused a true and correct copy of the foregoing NOTICE OF FILING EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT, including the Declaration of Thomas Joseph Goddard and Exhibits A through K, to be served on all parties as follows:

**For Defendant AMAZON.COM, INC.:**

☒ U.S. Mail, first class, postage prepaid
☒ Personal delivery
☒ Overnight courier
☒ Email to Registered Agent

Amazon.com, Inc.
c/o Corporation Service Company (Registered Agent)
300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

*and*

Amazon.com, Inc.
Attn: Legal Department
410 Terry Avenue North
Seattle, WA 98109


**For Defendants DOES 1-50:**

To be served when true names and addresses are ascertained through discovery.



Dated: February 17, 2026

By:___/s/Thomas Joseph Goddard_____
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

# PROOF OF SERVICE

## STATE OF CALIFORNIA

## COUNTY OF CONTRA COSTA

I, Thomas Joseph Goddard, declare:

I am over the age of 18 years and not a party to this action. My business address is Walnut Creek, California 94596.

On February 17, 2026, I served the foregoing NOTICE OF FILING EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT, including the Declaration of Thomas Joseph Goddard and Exhibits A through K, on all parties by the following means:

(a) **BY ELECTRONIC FILING:** By causing the document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

(b) **BY U.S. MAIL:** By placing true and correct copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to:

Amazon.com, Inc.
c/o Corporation Service Company
300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: February 17, 2026

By:__/s/Thomas Joseph Goddard_____
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

*Wet signature on file with the Clerk of Court and notarized declaration from the docket in Case No. 3:25-cv-06187-JSC*

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

**LOCAL RULES COMPLIANCE CERTIFICATIONS**

Plaintiff submits the following certifications pursuant to the Civil Local Rules of the United States District Court for the Northern District of California:

**ADR Certification (Civil L.R. 3-2(c))**

Plaintiff certifies that, in compliance with Civil L.R. 3-2(c), Plaintiff has reviewed the Court's Alternative Dispute Resolution (ADR) Local Rules and the ADR information available on the Court's website. Plaintiff is aware of the ADR options available in this District, including:[7]

(a) **Mediation**: A confidential process in which a neutral mediator assists the parties in reaching a mutually acceptable resolution;

(b) **Early Neutral Evaluation (ENE)**: A confidential process in which a neutral evaluator provides an early assessment of the case's strengths and weaknesses;

(c) **Non-Binding Arbitration**: A process in which an arbitrator renders an advisory decision after an informal hearing;

(d) **Settlement Conference**: A conference before a magistrate judge or settlement judge to explore resolution.

Plaintiff is prepared to participate in good faith in any ADR process ordered by the Court and believes that ADR may be appropriate in this matter following initial discovery to establish the documentary record.

**Consent to Electronic Service (Civil L.R. 5-1(c)(1))**

Pursuant to Civil L.R. 5-1(c)(1) and Federal Rule of Civil Procedure 5(b)(2)(E), Plaintiff consents to electronic service of all papers and documents in this matter at the following email address:[8]

---

[7] The Northern District of California offers multiple ADR processes designed to facilitate early and efficient resolution of civil disputes. *See* Civil L.R. 3-2 et seq.; General Order 56; ADR Local Rules 1-1 through 7-15.

[8] Electronic service through the Court's CM/ECF system is the preferred method of service in the Northern District of California for represented parties. Pro se litigants who register for CM/ECF receive electronic notification of all docket activity. *See* Civil L.R. 5-1; ECF Administrative Procedures.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

thomas@lawz.app

Plaintiff agrees to:

    (a)    Accept service of all documents through the Court's CM/ECF system;

    (b)    Maintain a valid email address for receipt of electronic notices;

    (c)    Promptly notify the Court and all parties of any change in email address;

    (d)    Check email regularly for Court filings and notices.

## ADA Accommodations Notice (Civil L.R. 1-14; General Order 56)

Plaintiff has documented disabilities as defined under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and may require reasonable accommodations during Court proceedings.[9] Plaintiff has requested, or may request, the following accommodations:

    (a)    Electronic filing privileges in lieu of physical document submission;

    (b)    Extended deadlines when medical circumstances require;

    (c)    Remote appearance capability for hearings when health permits;

    (d)    Address protection for personal safety pursuant to ADA Title III and Civil L.R. 1-14.

Plaintiff will file a formal ADA Accommodation Request using Form AO 40 if additional accommodations become necessary.

## Pro Se Certification (Civil L.R. 11-4)

Plaintiff certifies pursuant to Civil L.R. 11-4 that:[10]

    (a)    Plaintiff is proceeding without counsel (pro se / in propria persona);

    (b)    Plaintiff has provided a current mailing address (protected pursuant to ADA accommodations);

    (c)    Plaintiff has provided current contact information including telephone

---

[9] General Order 56 establishes procedures for requesting ADA accommodations in the Northern District of California. Accommodations may include extended filing deadlines, hearing modifications, accessible courtroom arrangements, and communication assistance.

[10] Civil L.R. 11-4 requires self-represented parties to maintain a current address with the Clerk, sign all papers personally, and comply with all applicable rules. Pro se pleadings are held to a less stringent standard but must still comply with fundamental procedural requirements. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

number and email address;

(d)    Plaintiff will personally sign all papers filed with the Court;

(e)    Plaintiff will comply with all Federal Rules of Civil Procedure and Local Rules;

(f)    Plaintiff understands the obligation to keep the Court and opposing parties informed of any address changes.

**Certification of Related Cases (Civil L.R. 3-12)**

Pursuant to Civil L.R. 3-12, Plaintiff identifies the following related cases pending in this District that involve substantially similar parties, claims, or subject matter:[11]

(a)    *Goddard v. NoMa et al.*, Case No. 3:25-cv-05882-EMC (housing discrimination);

(b)    *Goddard v. Bank of America et al.*, Case No. 3:25-cv-06187-JSC (employment discrimination—claims severed per Dkt. 32);

(c)    *Goddard v. Anthropic PBC*, Case No. 4:26-cv-00005 (trade secret theft, ADA violations);

(d)    *Goddard v. JPMorgan Chase Bank N.A.*, Case No. 4:26-cv-00037 (vehicle repossession, ADA violations).

All cases arise from a common pattern of coordinated discrimination and involve overlapping factual allegations regarding Plaintiff's protected status and the statistical evidence of targeting.

Dated: February 17, 2026

By:  /s/Thomas Joseph Goddard
THOMAS JOSEPH GODDARD
Plaintiff, Pro Se

---

[11] Civil L.R. 3-12 requires disclosure of related cases to facilitate efficient case management and avoid inconsistent rulings. Related cases may be assigned to the same judge pursuant to Civil L.R. 3-12(b).

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.