UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　Defendants. | Case No.　26-cv-01040-AGT<br><br>**ORDER GRANTING IFP<br>APPLICATION**<br><br>Re: Dkt. No. 2 |

Finding that Thomas Goddard "cannot pay the court costs and still afford the necessities of life," *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015), the Court grants his application to proceed *in forma pauperis*. The Court will separately screen the complaint, under 28 U.S.C. § 1915(e)(2)(B), to determine if it should be served on the defendants.

**IT IS SO ORDERED.**

Dated: March 20, 2026

Alex G. Tse
United States Magistrate Judge