UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

AMAZON.COM, INC., et al.,

Defendants.

Case No.  26-cv-01040-AGT

**ORDER DENYING (I) MOTION FOR EXEMPTION FROM PACER FEES (II) MOTIONS FOR EARLY DISCOVERY**

Re: Dkt. Nos. 5, 9, 10

The Court denies Goddard's request for a PACER fee waiver. Dkt. 5. As an e-filer, Goddard can download without charge any order, motion, or other document filed in his case. Thus, contrary to his assertion that "[w]ithout PACER access, [he] would be effectively barred from meaningful participation in this litigation," *id.* at 5, he doesn't need PACER access to keep abreast of all case activity.

The Court denies Goddard's motions for early discovery. Dkts. 9, 10. Goddard hasn't demonstrated "good cause" for expedited discovery prior to a Rule 26(f) conference. *Apple Inc. v. Samsung Elecs. Co.*, 768 F. Supp. 2d 1040, 1044 (N.D. Cal. 2011). Nor has he persuaded the Court that he needs an "immediate [ESI] preservation" order." Dkt. 9 at 2.

Goddard declined to consent to magistrate-judge jurisdiction. Dkt. 4. However,

because the Court's rulings are not dispositive of any claims or defenses, the undersigned has authority to issue them. *Flam v. Flam*, 788 F.3d 1043, 1045–46 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: March 20, 2026

Alex G. Tse
United States Magistrate Judge