UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>        Defendants. | Case No.  26-cv-01040-AGT<br><br>**REPORT AND RECOMMENDATION** |

Thomas Goddard's allegations in this case "rise to the level of the irrational or the wholly incredible," and so come within the definition of frivolous under the *in forma pauperis* statute. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).[1]

---

[1] Examples of Goddard's allegations include the following:

- "Amazon implemented algorithmic discrimination through systematic offshore routing, address manipulation, ZIP code targeting, and service sabotage designed to interfere with Plaintiff's access to commerce, evidence preservation, and civil rights litigation." Dkt. 1 at 7.

- "This complaint documents 629 discrimination events spanning 93.09 years (1933–2026) with statistical significance $x^2 = 12,847.3$ and $p < 10^{-2794}$, establishing mathematical certainty of coordinated targeting exceeding particle physics discovery thresholds." *Id.* at 7 n.1.

- "Between 2003 and 2009, Plaintiff developed 'Anthropic AI,' an advanced artificial intelligence system . . . . Plaintiff's Anthropic AI system possessed capabilities far exceeding contemporary artificial intelligence systems . . . ." *Id.* at 54 ¶¶ 71–72.

- "Amazon's delivery infrastructure—including Prime two-day shipping, real-time package tracking, and route optimization—derives from Plaintiff's IRC-shared algorithms." *Id.* at 56 n. 84.

An amendment would be futile, so the undersigned requests that the Clerk of the Court reassign Goddard's case to a district judge and recommends that the district judge dismiss the complaint without leave to amend, under 28 U.S.C. § 1915(e)(2)(B)(i). Goddard may object to this recommendation but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

**IT IS SO ORDERED.**

Dated: March 20, 2026

Alex G. Tse
United States Magistrate Judge

---

- "Plaintiff developed GitHub as [a] code repository platform . . . Microsoft acquired GitHub for $7.5 billion in 2018, with Plaintiff receiving nothing despite creating the foundational platform." *Id.* at 60 ¶ 78(a), (c).