THOMAS J. GODDARD
thomas@lawz.app
1910 N. Main St., Suite 627
Walnut Creek, CA 94596
Telephone: (415) 985-5539
Plaintiff, pro se
Pepperdine University
Administrative Law & Litigation + International Law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD, | Case No. 3:26-cv-01040-AGT |
| Plaintiff, | Hon. Alex G. Tse |
| v. | |
| AMAZON.COM, INC., | **PLAINTIFF'S NOTICE OF FAILURE** |
| Defendant(s). | **TO RETURN WAIVER OF SERVICE** |
| | **OF SUMMONS** |
| | **AND MOTION FOR COSTS, ENTRY** |
| | **OF DEFAULT, AND DIRECTION TO** |
| | **U.S. MARSHAL TO EFFECT SERVICE** |
| | *FRCP 4(d)(2); FRCP 55(a);* |
| | *28 U.S.C. § 1915(d)* |

## I.   NOTICE AND INTRODUCTION

TO THE COURT AND ALL PARTIES:

Plaintiff Thomas Joseph Goddard, appearing in propria persona, respectfully provides

— 1 —

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

this Notice that Defendant AMAZON.COM, INC. ("Defendant") has failed to return a signed Waiver of Service of Summons within the time required by Federal Rule of Civil Procedure 4(d), and moves the Court for:

    1.    An Order imposing on Defendant the costs of formal service pursuant to FRCP 4(d)(2);

    2.    Direction to the United States Marshal to effect formal service of the Summons and First Amended Complaint on Defendant pursuant to 28 U.S.C. § 1915(d) (IFP litigants); and

    3.    If Defendant fails to respond within 21 days after service by the Marshal, direction to the Clerk to enter Defendant's default under FRCP 55(a).

## II.   FACTUAL BACKGROUND

### A.   The Waiver Request Was Properly Sent

On or about **Feb. 3, 2026**, Plaintiff mailed to Defendant AMAZON.COM, INC., by first-class U.S. mail, a properly executed Request for Waiver of Service of Summons (AO 398 form) and accompanying Waiver of Service form (AO 399 form), along with a copy of the First Amended Complaint. The mailing was addressed to:

**See Registered Agent (to be confirmed via Secretary of State records)**

The waiver request included a prepaid return envelope and provided a return deadline of **Mar. 5, 2026**, which is more than 30 days from the date of mailing as required by FRCP 4(d)(1)(F).

### B.   Defendant Failed to Return the Waiver

As of the date of this filing, Defendant has not returned the signed Waiver of Service to Plaintiff or to the Clerk of Court. The 30-day return deadline has passed. Defendant has no good cause for its refusal to waive formal service.

### C.   Plaintiff Is IFP and Is Entitled to Marshal Service

Plaintiff has been granted leave to proceed in forma pauperis in this action.[1] Under 28 U.S.C. § 1915(d), the Court shall order that service be effected by a United States

---

[1] See Dkt. 4.



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

NOTICE OF FAILURE TO RETURN WAIVER | FRCP 4(d)(2)

Marshal, deputy marshal, or other person or officer specially appointed by the court for that purpose, for litigants who have been granted IFP status. *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990) (IFP plaintiffs are entitled to have service effected by the U.S. Marshal).

### III.  LEGAL AUTHORITY

### A.  FRCP 4(d)(2) — Cost-Shifting for Failure to Waive Service

Federal Rule of Civil Procedure 4(d)(2) provides:

> "If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant: (A) the expenses later incurred in making service; and (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses."

Defendant had no good cause to refuse the waiver. Defendant is a sophisticated business entity with legal counsel. The request was properly mailed with a prepaid return envelope. Defendant simply ignored it.

### B.  28 U.S.C. § 1915(d) — Marshal Service for IFP Litigants

28 U.S.C. § 1915(d) provides: "The officers of the court shall issue and serve all process, and perform all duties in such cases." This mandatory provision, combined with FRCP 4(c)(3) (directing the court to order service by a U.S. Marshal when the plaintiff is authorized to proceed IFP), entitles Plaintiff to have the Marshal effect service at no cost. *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994).

### C.  FRCP 55(a) — Entry of Default

If Defendant fails to "plead or otherwise defend" within the time allowed after proper service, the Clerk must enter the party's default upon request. FRCP 55(a). After service by the Marshal, Defendant will have 21 days to respond under FRCP 12(a)(1)(A). Plaintiff requests that the Court's order make clear that failure to respond within 21 days of Marshal service will result in a request for entry of default.

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

— 3 —

## IV.  COSTS INCURRED

Plaintiff is IFP and incurred the following costs in connection with the waiver request that Defendant failed to return:

| Item | Cost |
|------|------|
| First-class postage (outgoing waiver package) | $0.73 |
| Prepaid return postage (AO 399 return envelope) | $0.73 |
| Printing/copying costs (approximately 10 pages) | $1.50 |
| **Total waiver mailing costs** | **$2.96** |

Under FRCP 4(d)(2), Plaintiff requests that the Court impose these costs on Defendant, plus the reasonable costs of this motion.

## V.  RELIEF REQUESTED

For the foregoing reasons, Plaintiff respectfully requests that the Court:

1. Find that Defendant AMAZON.COM, INC. failed to return the Waiver of Service without good cause;

2. Order Defendant to pay all costs of formal service including expenses of this motion, pursuant to FRCP 4(d)(2);

3. Direct the United States Marshal for the Northern District of California to effect service of the Summons and First Amended Complaint upon Defendant at the following address:

   **See Registered Agent (to be confirmed via Secretary of State records)**

   and file a return of service with the Clerk within 20 days of this Order;

4. Order that, if Defendant fails to plead or otherwise defend within 21 days after service by the Marshal, the Clerk shall enter Defendant's default upon Plaintiff's request pursuant to FRCP 55(a).

## VI.  [PROPOSED] ORDER

The Court, having reviewed Plaintiff's Notice of Failure to Return Waiver and Motion, and good cause appearing,

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

— 4 —

**IT IS HEREBY ORDERED** that:

1.      The Court finds that Defendant **AMAZON.COM, INC.** failed to return the Waiver of Service of Summons without good cause as required by FRCP 4(d).

2.      Pursuant to FRCP 4(d)(2), Defendant shall pay Plaintiff's costs of formal service and the reasonable costs of this motion. Plaintiff shall submit a bill of costs within 14 days of service by the Marshal.

3.      Pursuant to FRCP 4(c)(3) and 28 U.S.C. § 1915(d), the United States Marshal for the Northern District of California is directed to serve the Summons and First Amended Complaint upon Defendant at:

**Registered Agent of Record**

The Marshal shall complete service within **20 days** of this Order and file a return of service with the Clerk.

4.      If Defendant fails to file a responsive pleading or otherwise defend within **21 days** of the date of service by the Marshal, the Clerk shall enter Defendant's default upon Plaintiff's request, without further notice.

SO ORDERED.

Date: _____

_____

United States District Judge / Magistrate Judge

Northern District of California



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

NOTICE OF FAILURE TO RETURN WAIVER | FRCP 4(d)(2)

### APPENDIX A — ALL CASES AND DEFENDANTS

The following table lists all cases in which a Notice of Failure to Return Waiver must be filed. Use a separate copy of this document (with the bracketed fields completed) for each case. Cases filed February 2–3, 2026 had waivers mailed February 3, 2026 (30-day deadline: March 5, 2026). Later-filed cases have correspondingly later dates.

| Case No. | Defendant | Waiver Mailed | 30-Day Deadline |
|---|---|---|---|
| 3:26-cv-01039-AGT | Slickdeals, LLC | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01040-AGT | Amazon.com, Inc. | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01041-AGT | Warby Parker, Inc. | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01042-PHK | JPMorgan Chase Bank, N.A. | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01043-AMO | Neutrino Labs, Inc. | Feb. 3, 2026 | Mar. 5, 2026 |
| 4:26-cv-01044-ASK | Anthropic, PBC | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01045-LB | Guardian Life Ins. Co. of Am. | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01046-TSH | Microsoft Corporation | Feb. 3, 2026 | Mar. 5, 2026 |
| 3:26-cv-01237-TLT | 1910 N. Main St. Apts. Capital, LLC | Feb. 10, 2026 | Mar. 12, 2026 |
| 3:26-cv-01238-SK | Verizon Communications, Inc. | Feb. 10, 2026 | Mar. 12, 2026 |
| 3:26-cv-01239-SK | Julia Campins; Mandana Mir Arjmand | Feb. 10, 2026 | Mar. 12, 2026 |
| 3:26-cv-01289-VC | Sares-Regis Group Residential, Inc. | Feb. 12, 2026 | Mar. 14, 2026 |
| 3:26-cv-01512-AGT | Mark Zuckerberg, et al. | Feb. 20, 2026 | Mar. 22, 2026 |
| 2:25-cv-03883-EP-MAH | InterServer, Inc. | [Date mailed] | [Deadline] |

*NOTE: Confirm mailing dates from USPS tracking records or mailing logs. The 30-day deadlines above reflect the calculated deadline from the stated mailing date. For the D.N.J. case (2:25-cv-03883-EP-MAH, Goddard v. InterServer), use D.N.J. local rules and service procedures. All N.D. Cal. cases filed Feb. 2–3, 2026 had IFP granted; confirm IFP docket number for each case before filing.*

### VII.    CERTIFICATE OF SERVICE

I, Thomas Joseph Goddard, hereby certify that on April 6, 2026, I served a true and correct copy of this Notice and Motion on Defendant AMAZON.COM, INC. by mailing the same via first-class U.S. mail, postage prepaid, to the following address:

Counsel of record for AMAZON.COM, INC. at their address of record.



Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.

NOTICE OF FAILURE TO RETURN WAIVER | FRCP 4(d)(2)

Thomas Joseph Goddard

Plaintiff, In Pro Per

NOTICE OF FAILURE TO RETURN WAIVER | FRCP 4(d)(2)

Thomas J. Goddard
Pro Per
Neutrinos Platforms, Inc.