UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

AMAZON.COM, INC., et al.,

Defendants.

Case No. 26-cv-01040-JST

**ORDER GRANTING PLAINTIFF'S MOTION FOR PACER FEE WAIVER**

Re: ECF No. 21

Plaintiff Thomas Goddard has moved for a waiver of PACER fees and for that waiver to apply retroactively. ECF No. 21. Having reviewed the motion, the Court finds that a PACER fee exemption is necessary to avoid an unreasonable burden on Goddard and to promote public access to information. Accordingly, Goddard's request for a PACER fee exemption is granted, retroactive to February 2, 2026, the date this case was filed in this Court. Goddard's PACER fee exemption is limited to fees incurred for accessing documents filed in this case and his related case. It will expire when this case has been closed and all post-judgment issues have been resolved in both cases. Goddard must not sell or transfer any information obtained using this exemption unless expressly authorized by the Court.

On April 6, 2026, Goddard moved for a 60-day extension of all case deadlines and an order directing the Clerk of Court to accept his filings by mail, citing his physical incapacitation while confined at the Department of State Hospitals – Napa. ECF No. 17. The Court granted his request. ECF No. 20. After filing the extension request, however, Goddard has continued to file a variety of motions, including the one resolved by this order. *See* ECF Nos. 18, 19, 21. In addition, a report and recommendation by a magistrate judge is pending, recommending dismissal with prejudice of the entire case. ECF No. 13. The Court will not consider further motions from

Goddard until it rules on the report and recommendation.  Pursuant to the extension order, Goddard's deadline to object to the report and recommendation is June 8, 2026.

**IT IS SO ORDERED.**

Dated:  April 17, 2026



JON S. TIGAR
United States District Judge

2