UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | Case No. 26-cv-01040-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND SCREENING AND DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 13 |

The Court has reviewed Magistrate Judge Alex G. Tse's report and recommendation, ECF No. 13, to dismiss this case with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i). The report was filed on March 20, 2026, and Goddard received notification the same day via the Court's electronic filing system. *Id*. On April 6, 2026, after the 14-day period for objections had elapsed, *see* Fed. R. Civ. P. 72(b)(2), Goddard filed a motion for a 60-day extension of all pending litigation deadlines to accommodate his confinement at the Department of State Hospitals–Napa. ECF No. 17. The Court granted the motion, ECF No. 20, and notified Goddard that the new deadline for any objection to the report was June 8, 2026, ECF No. 22. That deadline has now passed.

Judge Tse's order found that "Goddard's allegations in this case 'rise to the level of the irrational or the wholly incredible,' and so come within the definition of frivolous under the *in forma pauperis* statute." ECF No. 13 at 1 (quoting *Denton v. Hernandez*, 504 U.S. 25, 33 (1992)). It further found that any amendment would be futile. *Id*. at 2. The Court finds the report to be

/ / /

/ / /

/ / /

correct and well-reasoned and adopts it in every respect.  This case is dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  June 10, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California