UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,
Plaintiff,

v.

AMAZON.COM, INC., et al.,
Defendants.

Case No. 26-cv-01040-JST

**CLERK'S JUDGMENT**

Re: Dkt. No. 24

Pursuant to the ORDER ADOPTING REPORT AND RECOMMENDATION AND SCREENING AND DISMISSING CASE WITH PREJUDICE signed June 10, 2026, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 10, 2026

Mark B. Busby
Clerk, United States District Court

By: ______________________
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR

United States District Court
Northern District of California